### PEOPLE *v.* PALMER

FORGERY—ORDER FOR GOODS

> An order for the purchase and delivery of goods is within 3 Comp. Laws, § 11659, prescribing a punishment for the forgery of "any order, acquittance, or discharge for money or other property."

Exceptions before judgment from Montcalm; Davis, J. Submitted June 7, 1901. Decided July 2, 1901.

Frank W. Palmer was convicted of forgery. Affirmed.

*John Nichol*, for appellant.

*Frank A. Miller*, Prosecuting Attorney, for the people.

HOOKER, J. The defendant was convicted of the crime of forgery, and we infer, though the record does not so state, that the case is before us upon exceptions before sentence. The instrument forged is as follows:

THE ZONE OIL CO.,
CLEVELAND, O.

Order No_____                              April 30, 1900.
Ship to A. R. Isham & Sons.
P. O. Address,          Butternut.
Shipping Address,          Butternut, Mich.
How Ship,          Ann Arbor.     When,   1 June.

Terms, 90 days.

2 barrels bright red paint.                    Oil at 57c per gal.

------ "          ----------------------------       "      ------      "

------ "          ------per Wood-----------       "      ------      "

  1-2 half barrels ------------------paint       "      50c      "

------          "      --------black roof--------       "      ------      "

------keg      {      Containing about      }       "      ------      "
              {      20 gallons.      }

------ "          .      "      ------       "      ------      "

------gallons --------------------------       "      ------      "

EXTRA FOR PACKAGES.

Half barrels----------50c          Kegs----------------50c

5 gal. cans -----------50c          10 gal. cans----------75c

The above prices are F. O. B. delivered.

This order is taken with the understanding that it is positive, and not subject to change or countermand, unless so specified thereon. Any agreement not stated on this order will not be recognized.

(Purchaser's signature)      A. R. ISHAM & SONS.

F. W. PALMER, Salesman.

It is understood that the instrument was made by the defendant, and by him sent to defendant's employer, the Zone Oil Company, with intent to defraud. The only question discussed in appellant's brief is whether the instrument described is covered by the statute. Had Isham & Sons made and sent this writing to the Zone Oil Company, it would have been intended and received as an order for the delivery of goods to them. It is, therefore, subject to forgery, within the statute, which punishes the forgery of any order for the delivery of goods. It seems substantially on all fours with the order described in *People* v. *Phillips*, 118 Mich. 699 (77 N. W. 245, 74 Am. St. Rep. 436).

The conviction is affirmed.

The other Justices concurred.